RECEIVED
DEC - 8 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MARC TAYLOR | ) | CIVIL ACTION NO: 08-1465 |
| | ) | SECTION P |
| VERSUS | ) | |
| | ) | JUDGE MELANCON |
| MICHAEL MUKASEY, ET AL. | ) | |
| | ) | MAGISTRATE JUDGE METHVIN |

## STIPULATION OF DISMISSAL

Marc Taylor, Petitioner, having been released on November 19, 2008, from the institutional detention formerly maintained by the United States Immigration and Customs Enforcement, pursuant to an order of supervision, it is hereby stipulated by and between Marc Taylor, Petitioner, and all of the named Respondents, through their respective counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Title 28, United States Code, that the above-entitled action for a writ of habeas corpus directing the release of Marc Taylor, Petitioner, from the institutional detention formerly maintained by the United States Immigration and Customs Enforcement, be and the

1

same is hereby discontinued and dismissed without cost to any party.


Dated: NOVEMBER 24, 2008


S/ HERBERT TODD NESOM
Herbert Todd Nesom
Nesom Law Office
Post Office Drawer 1131
Oakdale, LA 71463
Todd@nesomlaw.com



Dated: NOVEMBER 24, 2008

DONALD W. WASHINGTON
United States Attorney


By:  S/THOMAS B. THOMPSON
     THOMAS B. THOMPSON (#12764)
     Assistant United States Attorney
     Western District of Louisiana
     United States Courthouse
     800 Lafayette Street, Suite 2200
     Lafayette, Louisiana 70501
     Telephone: (337) 262-6618
     thomas.thompson@usdoj.gov

*Judgment of Dismissal this 5th day of December, Lafayette, Louisiana.*

*[signature] U.S. Judge*